**670** ◼

◼

STATE of Missouri, Respondent,

v.

Larry McDONALD, Appellant.

No. 72343.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 6, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 5, 1999.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael P. Barry, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, J. and RHODES RUSSELL, J.

**ORDER**

PER CURIAM.

Defendant, Larry McDonald, appeals from his convictions for one count of second degree robbery, section 569.030, RSMo 1994, and one count of misdemeanor third degree assault, section 565.070, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).